# **Important Privacy Notice**

Federal Rule of Civil Procedure 5.2 prohibits litigants in a non-habeas proceeding from submitting documents that contain personal information. Unless the Court orders otherwise, personal identifying information in Court filings must be limited as follows:

• Social security numbers, taxpayer-identification numbers, and financial **account numbers must include only the last four digits** (e.g., xxx-xx-1234)

• Birth dates must **include the year of birth only** (e.g., xx/xx/2000)

• Names of persons under the age of 18 must be indicated by **initials only** (e.g., A.B.)

You are responsible for protecting the privacy of this information in your filings. If your documents, including attachments, contain any information that does not comply with this rule, please black out that information before sending your documents to the Court.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

John Doe, Pro Se

      *(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

The Trustees of the University of Pennsylvania

_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**

Jury Trial: ☑ Yes   ☐ No

(check one)

**I.      Parties in this complaint:**

A.      List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

| Plaintiff | Name | John Doe_____ |
|---|---|---|
| | Street Address | see ATTACHMENT 1 PLAINTIFF'S MOTION FOR LEAVE TO |
| | County, City | PROCEED UNDER PSEUDONYM |
| | State & Zip Code | _____ |
| | Telephone Number | |

*Rev. 10/2009*

B.      List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1

Name THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA

Street Address 2929 WALNUT STREET, SUITE 400

County, City PHILADELPHIA COUNTY, PHILADELPHIA

State & Zip Code PA 19104-5099

Defendant No. 2

Name _____

Street Address _____

County, City _____

State & Zip Code _____

Defendant No. 3

Name _____

Street Address _____

County, City _____

State & Zip Code _____

Defendant No. 4

Name _____

Street Address _____

County, City _____

State & Zip Code _____

## II.     Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.      What is the basis for federal court jurisdiction? *(check all that apply)*
        ☑ Federal Questions          ☐ Diversity of Citizenship

B.      If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? Title VI of the Civil Rights Act of 1964, 42 U.S.C. § 2000d et seq.

_____

*Rev. 10/2009*                          - 2 -

C.      If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

## III.    Statement of Claim:

State as briefly as possible the <u>facts</u> of your case.  Describe how <u>each</u> of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.      Where did the events giving rise to your claim(s) occur? The events occurred at the Wharton School admissions office in Philadelphia, PA, where the discriminatory decision to deny admission was made, and in California, where I submitted my application and received the notice of rejection.

B.      What date and approximate time did the events giving rise to your claim(s) occur? The events giving rise to this claim occurred on April 19, 2024, when Plaintiff received notice of rejection from the Wharton School MBA program.

C.      Facts: Plaintiff applied to University of Pennsylvania Wharton School's MBA program with qualifications exceeding those of most admitted students. Plaintiff applied with a GMAT score in the top 1% of test takers – higher than about 95% of admitted students, and professional achievements more impressive than typical admitted students. Nevertheless, Plaintiff was rejected from admission.

Plaintiff was rejected due to his White, non-Jewish heritage. (The Jews are a race – not a religion – because one may be a Jew only by inheritance.) The Jews are a racial supremacist organization whose stated goal is to exterminate and enslave all non-Jews. The Jews believe non-Jewish White males are the only demographic with the willingness and agency to mount a defense against their genocidal objectives. (Indeed, no group has sacrificed so much as non-Jewish White males to end slavery and genocide.) As a result, Jewish Supremacists have effectively barred non-Jewish White males from prestigious educational programs to keep them from attaining positions of power that may be used to obstruct the genocidal Jewish Supremacists. The University of Pennsylvania, like all prestigious educational institutions, is controlled by the genocidal Jewish Supremacists.

There are just two exceptions to the ban on non-Jewish White males: those who are queer and those who are veterans. The Jewish Supremacists allow queers largely because queers have underdeveloped character rendering them easily controllable by the Jews. The Jewish Supremacists allow veterans to incentivize non-Jewish Whites to work in the armed forces, whose sole objective is to serve the Jewish Supremacists. Requiring non-Jewish White males to demonstrate a willingness to "die4israel" (or at least a willingness to get fucked up the ass) is an obvious violation of Title VI.

<table>
<tr><td>What happened to you?</td></tr>
</table>

<table>
<tr><td>Who did what?</td></tr>
</table>

<table>
<tr><td>Was anyone else involved?</td></tr>
</table>

<table>
<tr><td>Who else saw what happened?</td></tr>
</table>

## IV.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

_____

_____

_____

_____

_____

_____

_____

_____

## V.    Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

1. Preliminary Injunction: Issue an order preliminarily enjoining the Defendant from receiving any further federal financial assistance.

2. Preliminary Injunction: Issue an order preliminarily enjoining the Defendant from admitting any new students.

3. Permanent Injunction: Issue a permanent injunction prohibiting the Defendant from using discriminatory admissions criteria.

4. Compensatory Damages: Award the Plaintiff compensatory damages of $6,000,000 or an amount to be proven at trial for the loss of educational and professional opportunities, application fees, and the emotional distress caused by the Defendant's discriminatory conduct.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 13th day of April , 2026.

Signature of Plaintiff see ATTACHMENT 1 PLAINTIFF'S

MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYM

Mailing Address _____

_____

_____

Telephone Number _____

Fax Number *(if you have one)* _____

E-mail Address _____

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20_____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____

Inmate Number _____

 **UNITED STATES POSTAL SERVICE.**    *Retail*

**PRESS FIRMLY TO SEAL**

**PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED**

| P | US POSTAGE PAID |
|---|---|
| | **$11.95** |

Origin: 90015
04/14/26
0545710015-34

**PRIORITY MAIL®**

0 Lb 1.60 Oz
**RDC 03**

EXPECTED DELIVERY DAY: 04/18/26

C019

SHIP
TO:
 RM 2609
601 MARKET ST
PHILADELPHIA PA 19106-1732

**USPS TRACKING® #**



9505 5145 2348 6104 9818 59



 PS00001000014    **EP14F October 2023**
**OD: 12 1/2 x 9 1/2**

**PRIORITY® MAIL**

RECEIVED

APR 16 2026

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**FROM:** John Doe
PO Box 151133
Los Angeles, CA
90015

To schedule free Package Pickup,
scan the QR code.



**USPS.COM/PICKUP**

U.S.M.S. X-RAY


PAPER POUCH

**TO:**

Clerk of Court, EDPA
Jas A. Byrne U.S. Courthouse
601 Market Street, Room 2609
Philadelphia, PA
19106-1797

This package is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.