ATTACHMENT 1

PLAINTIFF'S MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYM

Plaintiff, proceeding *pro se*, respectfully moves this Court for leave to proceed in this action under a pseudonym, "John Doe". In support of this Motion, Plaintiff states as follows:

**I. INTRODUCTION** Plaintiff has filed a Complaint against University of Pennsylvania alleging discrimination in the admissions process. Because the litigation involves highly sensitive personal information regarding Plaintiff's ancestry, educational records, and potential for future personal harm, Plaintiff seeks to proceed pseudonymously to protect their privacy.

**II. LEGAL STANDARD** Under the First Circuit's decision in *Doe v. Massachusetts Institute of Technology*, 46 F.4th 61 (1st Cir. 2022), a party may proceed by pseudonym in "exceptional cases" where the need for anonymity outweighs the public's interest in transparency. The Court identifies four paradigms where anonymity is warranted, including cases involving "unusually severe harm (either physical or psychological)" and "matters of a highly sensitive and personal nature." *Id.* at 71.

**III. ARGUMENT** Plaintiff meets the "exceptional circumstances" standard for the following reasons:

1. **Sensitivity of Heritage:** This case involves detailed inquiries into Plaintiff's ethnic heritage, a matter of deep personal and cultural significance.

2. **Educational Privacy:** The facts of the case rely on Plaintiff's confidential academic records, which are protected under federal law (FERPA).

3. **Risk of Future Professional Harm:** Public identification in a high-profile discrimination suit against a major institution like University of Pennsylvania carries a significant risk of "blacklisting" from potential future employers and professional collaborators. The Human Resources departments in Plaintiff's industry are staffed disproportionately by Jews who already demonstrate a bias against non-Jewish White males; Among the 25 of Plaintiff's coworkers who received early promotions, all 25 had Jewish-sounding surnames.

4. **Risk of Future Financial Harm:** The Complaint alleges University of Pennsylvania's admissions practices unfairly favor Jews. Critics of Jews' unfair treatment of non-Jews have faced financial harm such as "debanking".

5. **Risk of Future Physical Harm or Death:** Jews commonly harm or murder their opposers and the families of the opposers. For instance, President Jack Kennedy was likely murdered by apparent Israeli Mossad agent Jacob Rubinstein ("Jack Ruby") and other Jews to thwart Kennedy's efforts to obstruct Israel from acquiring nuclear weapons. (Indeed, all other explanations for Kennedy's murder are unconvincing or downright schizophrenic.) Several of Kennedy's family members died or narrowly escaped death under suspicious circumstances.

6. **No Prejudice to Defendant:** Defendant will not be prejudiced by the use of a pseudonym at this stage, as Plaintiff is willing to disclose their identity to the Court and to Defense Counsel under a protective order for the purposes of discovery.

**IV. CONCLUSION** For the reasons stated above, Plaintiff respectfully requests that the Court grant this Motion and allow Plaintiff to proceed as "John Doe".

Respectfully submitted,

*John Doe*, Plaintiff *Pro Se*

13 April 2026

**PRESS FIRMLY TO SEAL**

**PRIORITY MAIL**
**FLAT RATE ENVELOPE**
**POSTAGE REQUIRED**



**UNITED STATES POSTAL SERVICE.**

Retail

**P**

**US POSTAGE PAID**
**$11.95**

Origin: 90015
04/14/26
0545710015-34

**PRIORITY MAIL®**

0 Lb 1.60 Oz

**RDC 03**

EXPECTED DELIVERY DAY: 04/18/26

C019

SHIP
TO:

RM 2609
601 MARKET ST
PHILADELPHIA PA 19106-1732

**USPS TRACKING® #**



9505 5145 2348 6104 9818 59

PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

This package is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.

**PRIORITY® MAIL**

**FROM:** John Doe
PO Box 151133
Los Angeles, CA
90015

**RECEIVED**
APR 16 2026
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Expected delivery date specified ... restrictions apply).*
...d many international destinations.
...form is required.
...aims exclusions see the
...bility and limitations of coverage.

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP


PAPER
POUCH

U.S.M.S. X-RAY

**TO:**

Clerk of Court, EDPA

Jms A. Byrne U.S. Courthouse

601 Market Street, Room 2609

Philadelphia, PA
19106-1797