**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF PENNSYLVANIA**

JOHN DOE,                                                    Case No.: 2:26-cv-02472-MAK

Plaintiff,

v.

THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA,

Defendant.

**PLAINTIFF'S MOTION FOR LEAVE TO FILE MEMORANDUM OF LAW OUT OF TIME AND**

**FOR EXTENSION OF TIME TO RESPOND TO SHOW CAUSE ORDER**

Plaintiff, proceeding pro se and under pseudonym, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 6(b)(1)(B) for leave to file his Memorandum of Law in support of his Motion to Proceed Under Pseudonym out of time. In support thereof, Plaintiff states as follows:

1. On April 16, 2026, the present action was initiated. Included in that initial filing was Plaintiff's Motion to Proceed Under Pseudonym (ECF 2) and a sealed Notice of Contact Information (ECF 7).

2. On April 20, 2026, the Court issued an Order requiring Plaintiff to show cause as to why the Court should not lift the seal on Plaintiff's Notice of Contact Information (ECF 7) by May 6, 2026.

3. Plaintiff, acting pro se, inadvertently missed the May 6 deadline due to a misunderstanding of the procedural aspects of legal filings. (Specifically, Plaintiff received a summons to serve Defendant and incorrectly assumed that Plaintiff's next required action was to serve the summons within 90 days. On May 14, Plaintiff found the April 20 Order, which had been mailed separately from the summons.)

4. Plaintiff's failure to act was due to excusable neglect under Fed. R. Civ. P. 6(b)(1)(B). There is no danger of prejudice to the Defendant, as the Defendant has not yet been served and has not entered an appearance in this matter.

5. The length of the delay is minimal – only ten days – and allowing this late filing will not negatively impact judicial proceedings.

6. Plaintiff acts in good faith and prepared the required Memorandum of Law immediately after realizing his error on May 14. The Memo is being submitted concurrently with this Motion.

7. Plaintiff remains committed to the diligent prosecution of this case and respectfully requests the Court's indulgence to ensure the merits of his privacy request are heard.

**WHEREFORE**, Plaintiff respectfully requests that the Court:

(a) **GRANT** Plaintiff leave to file his Memorandum of Law out of time;

(b) **EXTEND** the deadline to respond to the Court's Show Cause Order to the date of this filing; and

(c) **ACCEPT** the concurrently filed Memorandum of Law for the Court's consideration.

(d) **ISSUE** summons returnable to Plaintiff's address of record.

Dated: May 16, 2026

Respectfully submitted,

/s/ John Doe

John Doe, Plaintiff pro se

PO BOX 151133

Los Angeles, CA

90015