**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOHN DOE | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 26-2472 |
| | : | |
| THE TRUSTEES OF THE | : | |
| UNIVERSITY OF PENNSYLVANIA | : | |

## ORDER

**AND NOW**, this 27th day of May 2026, upon considering Plaintiff's Motion (ECF 10) for leave to file a memorandum out of time under our April 20, 2026 Order (ECF 8), excusing his ten day delay mindful of his pro se status for this first responsive filing, and for reasons in today's accompanying Memorandum finding, among other things, Plaintiff does not show cause as to why he may proceed under a pseudonym, it is **ORDERED** we:

1.      **GRANT** Plaintiff's Motion (ECF 10) for leave to file a memorandum out of time requiring we **DEEM FILED** Plaintiff's Memorandum (ECF 10-1) in response to our April 20, 2026 Order; and,

2.      **DIRECT** the Clerk of Court on **June 10, 2026** to:

   a.      **LIFT** Plaintiff's unilaterally sealed "Notice of Contact Information" (ECF 7);  and,

   b.      **ISSUE s**ummons deliverable to Plaintiff's disclosed California address (ECF 7) for service upon the Defendant at which time we will amend the caption.

_____
**KEARNEY, J.**