# U.S. District Court

## Pennsylvania Eastern - Philadelphia

Receipt Date: Jun 10, 2026 3:05PM

John Doe

| Rcpt. No: 20037937 | Trans. Date: Jun 10, 2026 3:05PM | | | Cashier ID: #ST (2383) | |
|---|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 203 | Notice of Appeal/Docketing Fee | | 1 | 605.00 | 605.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| PC | OTCnet Check | #160 0887 312 | 06/10/2026 | | $605.00 |
| | | | Total Due Prior to Payment: | | $605.00 |
| | | | Total Tendered: | | $605.00 |
| | | | Total Cash Received: | | $0.00 |

**Comments**: John Doe, Appeal, 26-cv-2472

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.