## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DOE | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 26-2472 |
| | : | |
| THE TRUSTEES OF THE | : | |
| UNIVERSITY OF PENNSYLVANIA | : | |

## ORDER

**AND NOW**, this 12th day of June 2026, upon considering Plaintiff's pro se Motion (ECF 14) to stay his disclosure obligations under our May 27, 2026 Order (ECF 12) pending appeal from the same Order (ECF 12) directing the Clerk of Court to lift Plaintiff's unilaterally sealed "Notice of Contact Information" disclosing his name and address where Plaintiff is proceeding under a pseudonym which we denied (ECFs 7, 8), and for good cause, it is **ORDERED** we **GRANT in part** Plaintiff's Motion (ECF 14) requiring we stay the Clerk of Court's obligation to disclose Plaintiff's name pending his appeal of our May 27, 2026 Order (ECF 12) but without affecting progress in this case, including timely service of the summons and Complaint.[1]

_____
**KEARNEY, J.**

---

[1] John Doe pro se sues the Trustees of the University of Pennsylvania for denying his admission to the University's Master of Business Administration program at its Wharton School because he is a "white, non-Jewish male" seeking money damages and injunctive relief. ECF 1. Mr. Doe moved to proceed under a pseudonym. ECF 2. He also filed a sealed "Notice of Contact Information" without seeking leave disclosing his name and address only to the Clerk of Court.

ECF 7. We denied his Motion for pseudonym without prejudice to file an amended Complaint with his disclosed name and address or show cause why we should not lift the unilateral seal on his "Notice." ECF 8.

Mr. Doe responded by untimely filing a Memorandum he believed demonstrated good cause to proceed under a pseudonym. ECF 10, 10-1. We concluded Mr. Doe did not demonstrate proceeding under a pseudonym comes within the "exceptional cases" required by our Court of Appeals' test in *Doe v. Megless*, 654 F.3d 404 (3d Cir. 2011), *cert. denied*, 565 U.S. 1197 (2012). ECF 11. On May 27, 2026, we directed the Clerk of Court to lift Mr. Doe's unilaterally sealed "Notice of Contact Information" (ECF 7) and issue summons to Mr. Doe at his disclosed California address for service on Defendant at which time we would amend the caption. ECF 12.

Mr. Doe then moved or stay pending appeal (ECF 14) while simultaneously filing a Notice of appeal in our Court of Appeals from our May 27, 2026 Order.

In this Circuit, orders denying motions to proceed anonymously are immediately appealable under the collateral order doctrine. *Doe v. College of New Jersey*, 997 F.3d 489, 493–94 (3d Cir. 2021). We will stay our May 27, 2026 Order (ECF 12) directing the Clerk of Court to lift the seal on Mr. Doe's "Notice of Contact Information" to allow him to proceed in our Court of Appeals. This matter will otherwise proceed without delay including Plaintiff's obligation to timely effect service.