## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN DOE,

    Plaintiff,

v.                                                                      Case No. 2:26-cv-02472-MAK

THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA,

    Defendants.

_____/

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff John Doe, proceeding pro se, appeals to the United States Court of Appeals for the Third Circuit from the District Court's Order dated May 27, 2026, which granted in part and denied in part Plaintiff's procedural motions and directed the unsealing of Plaintiff's identifying information (ECF No. 12).

1

This interlocutory appeal is properly taken as a matter of right pursuant to 28 U.S.C. § 1291

and the Collateral Order Doctrine. See Cohen v. Beneficial Industrial Loan Corp., 337 U.S.

541 (1949); see also Doe v. Village of Downers Grove, 834 F.3d 451 (3d Cir. 2016)

(recognizing orders denying pseudonym status as immediately appealable collateral

orders).


Dated: June 1, 2026


Respectfully submitted,

John Doe

/s/ John Doe

John Doe, Pro Se Plaintiff

P.O. Box 151133

Los Angeles, CA 90015

Email: johndoediscriminationsuit@gmail.com

CERTIFIED MAIL®

7022 2410 0002 2331 0755

Retail



U.S. POSTAGE PAID
FCM LG ENV
LADYSMITH, WI 54848
JUN 01, 2026

19106    $7.47

RDC 99    R2304W119574-21

**FROM:**

325 W Adams Blvd #302 $
Los Angeles CA
          90007

**TO:**

Clerk of Court
U.S. District Court, Eastern Distr. of Pennsylvania
James A Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA
          19106

U.S. RECEIVED
JUN 09 2025
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**Utility Mailer**
10 1/2" x 16"

Ready Post.