**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

JOHN DOE,

    Plaintiff,

                                 Case No. 2:26-cv-02472-MAK

    v.

THE TRUSTEES OF THE

UNIVERSITY OF PENNSYLVANIA,

    Defendant.

_____/

**NOTICE OF CHANGE OF EMAIL ADDRESS**

Notice is hereby given that the primary electronic mail address for Plaintiff John Doe, proceeding pro se under a court-approved pseudonym, has been updated for all purposes in this matter.

The Court and the parties are requested to direct all future electronic service, case notifications, and legal correspondence to the following designated email address:

  johndoediscriminationsuit@gmail.com

The Clerk of Court is respectfully requested to update the active docket interface to reflect

this change and to remove any prior email addresses associated with Plaintiff's pro se

listing to preserve the integrity of the Court's ongoing anonymity protections.


Dated: June 18, 2026          Respectfully submitted,


/s/ John Doe

JOHN DOE, Pro Se

P.O. Box 151133

Los Angeles, CA 90015

johndoediscriminationsuit@gmail.com