**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

JOHN DOE,
Plaintiff,

v.

THE TRUSTEES OF THE UNIVERSITY
OF PENNSYLVANIA,

Defendant.

Case No. 2:26-cv-02472-MAK

## PLAINTIFF'S NOTICE OF INTENT TO AMEND

Plaintiff John Doe, proceeding pro se, respectfully files this Notice of Intent to Amend pursuant to Local Rule of Civil Procedure 7.1(c) and this Court's Order of August 14, 2026 (ECF 23), and states as follows:

1. On July 31, 2026, Defendant filed a Motion to Dismiss, or, in the Alternative, to Strike Plaintiff's Complaint (ECF 20).

2. By Order dated August 14, 2026 (ECF 23), the Court granted Plaintiff leave to either respond to the Motion or file a notice of intent to amend under Local Rule 7.1(c) no later than August 24, 2026, and provided that Plaintiff may file an amended Complaint no later than August 31, 2026 should he timely file the notice of intent to amend.

3. Plaintiff hereby gives notice, pursuant to Local Rule 7.1(c) and Federal Rule of Civil Procedure 15, of his intent to amend his Complaint.

4. Plaintiff will file his Amended Complaint on or before August 31, 2026, as permitted by the Court's August 14, 2026 Order.

5. Consistent with Section II.H of this Court's Policies and Procedures, Plaintiff will attach to the Amended Complaint a blacklined or highlighted copy showing the changes from the original Complaint.

Dated: August 23, 2026

Respectfully submitted,

/s/ John Doe
John Doe, Plaintiff pro se
PO Box 151133
Los Angeles, CA 90015
johndoediscriminationsuit@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 23, 2026, I caused a true and correct copy of the foregoing Notice of Intent to Amend to be served upon counsel of record for Defendant by electronic mail, addressed as follows: James A. Keller, Esq. (James.Keller@saul.com) and Jesse L. Krohn, Esq. (Jesse.Krohn@saul.com), Saul Ewing LLP, 1735 Market Street, Suite 3400, Philadelphia, PA 19103, counsel for Defendant The Trustees of the University of Pennsylvania.

/s/ John Doe
John Doe, Plaintiff pro se