## Pro Se Electronic Filing

**Name:**

**John Doe**

**Email Address:**

**johndoediscriminationsuit@gmail.com**

**Are you filing a new case?**

**No, I'm not filing a new case.**

**Case Caption**

**DOE v. THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA**

**Case Number**

**2:26-cv-02472-MAK**

**Description of Document(s)**

**Notice of Intent to Amend**

**Do you have a mailing address?**

**Yes**

**Mailing Address Line 1**

**PO Box 151133**

**City:**

**Los Angeles**

**State:**

**CA**

**Zip Code:**

**90015**

**Terms of Submission**

**Yes**

Show empty values