**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

JOHN DOE,
Plaintiff,

v.

THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA,
Defendant.

Case No.: 2:26-cv-02472-MAK

## DECLARATION OF JOHN DOE IN SUPPORT OF PLAINTIFF'S RENEWED MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYM

I, John Doe, declare as follows:

1. I am the Plaintiff in the above-captioned matter. I make this declaration based on my personal knowledge. If called as a witness, I could and would testify competently to the facts stated herein.

2. On July 2, 2026, I personally accessed the following URL using a standard web browser: https://www.reddit.com/r/Jewish/comments/1u9ln8x/a_man_is_suing_dartmouth_colleges_claiming_that/. I caused the content at that URL to be captured and printed to PDF format. The resulting document, attached as Exhibit A, is a true, complete, and accurate copy of the content that appeared at that URL at the time of access, including all visible comments, usernames, timestamps, and the URL displayed in the browser address bar. I have not altered, edited, or modified the content of Exhibit A in any way.

3. I make this declaration in support of Plaintiff's Renewed Motion for Leave to Proceed Under Pseudonym and for an Indicative Ruling Pursuant to Fed. R. Civ. P. 62.1.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 23, 2026, in Los Angeles, California.

/s/ John Doe

JOHN DOE, Plaintiff pro se

PO Box 151133

Los Angeles, CA 90015

johndoediscriminationsuit@gmail.com