**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOHN DOE** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 26-2472** |
| | : | |
| **THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA** | : | |

## ORDER

**AND NOW**, this 24th day of August 2026, upon considering the pro se Plaintiff's Notice of intent to amend (ECF 24) consistent with our Local Rules and responsive to our August 14, 2026 Order (ECF 23) , and renewed Motion to proceed using a pseudonym (ECF 25), finding good cause mindful of our deference to the Court of Appeals on the pseudonym issue given the pending appeal (ECF 17), it is **ORDERED** we:

1. **DENY** Defendant's Motion to dismiss (ECF 20) as mooted by the forthcoming amended Complaint due August 31, 2026; and,

2. **GRANT** the renewed Motion (ECF 25) consistent with our partial abdication of jurisdiction to maintain the status quo pending given the same issues presently before the Court of Appeals (ECF 17) so as to not require multiple filings mindful we will require the Plaintiff to identify himself in pleadings should the Court of Appeals affirm our May 28, 2026 Order (ECF 12).

**KEARNEY, J.**