**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

JOHN DOE,
Plaintiff,

v.

THE TRUSTEES OF THE UNIVERSITY
OF PENNSYLVANIA,

Defendant.

Case No. 2:26-cv-02472-MAK

**EXHIBIT A**

**COMPARISON OF FIRST AMENDED COMPLAINT**
**TO ORIGINAL COMPLAINT (ECF 1)**

Plaintiff submits this comparison pursuant to Section II.H of this Court's Policies and Procedures. The First Amended Complaint restructures the pleading in its entirety and does not follow the organization of the original Complaint (ECF 1), which was filed on the Court's pro se civil complaint form and contained no numbered paragraphs. A conventional blackline would therefore reflect near-total replacement. This comparison identifies the changes by category. Plaintiff does not reproduce the deleted allegations here, consistent with Defendant's own stated approach at page 10 of its Memorandum of Law (ECF 20).

## I. MATERIAL DELETED IN ITS ENTIRETY

1. The entirety of the narrative in Section III.C of the original Complaint following its first paragraph. This comprises all allegations concerning Jewish people collectively, and all allegations concerning LGBTQ persons and veterans. It includes each of the nine statements Defendant identified at page 11 of its Memorandum of Law (ECF 20). No portion of this material appears in the First Amended Complaint.

2. The requests for preliminary injunctive relief at Section V, items 1 and 2, of the original Complaint.

3. The request for emotional distress damages at Section V, item 4, of the original Complaint, as to all claims arising under Spending Clause legislation.

4. The stated damages figure of $6,000,000, replaced by compensatory damages in an amount to be determined at trial.

## II. MATERIAL RETAINED

1. The fact and timing of Plaintiff's application to the full-time Wharton MBA program.

2. Plaintiff's GMAT score in the top one percent of test takers.

3. The denial of Plaintiff's application on April 19, 2024.

4. Plaintiff's allegation that he is a non-Jewish White male.

5. The cause of action under Title VI of the Civil Rights Act of 1964, 42 U.S.C. § 2000d.

## III. MATERIAL ADDED

1. Sections I through III, stating the nature of the action, the basis for jurisdiction and venue, and the parties.

2. Section IV, concerning the historical origin of discretionary admissions criteria at selective American universities.

3. Sections V through XV, setting forth factual allegations in numbered paragraphs concerning Plaintiff's application, Defendant's receipt of federal financial assistance, and Defendant's own published materials bearing on its admissions practices.

4. Count II, alleging a violation of 42 U.S.C. § 1981.

5. Count III, alleging a violation of Title IX of the Education Amendments of 1972, 20 U.S.C. § 1681.

6. Requests for declaratory relief, nominal damages, and costs.

Dated: August 31, 2026

Respectfully submitted,

/s/ John Doe
John Doe, Plaintiff pro se
PO Box 151133
Los Angeles, CA 90015
johndoediscriminationsuit@gmail.com