UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

JOHN DOE,
Plaintiff,
v. Case No. 2:26-cv-02472-MAK
THE TRUSTEES OF THE UNIVERSITY
OF PENNSYLVANIA,
Defendant.

**PLAINTIFF'S MOTION TO EXTEND THE DEADLINE TO FILE A SECOND AMENDED COMPLAINT**

Plaintiff, proceeding pro se, respectfully moves under Federal Rule of Civil Procedure 6(b)(1)(A) to extend the October 15, 2026 deadline set by this Court's September 30, 2026 Order (ECF 30). This motion is made before that deadline expires. In support, Plaintiff states:

1. On September 30, 2026, the Court granted Defendant's motion to dismiss in part, dismissed the three claims without prejudice, and directed Plaintiff to plead specific facts supporting an inference of discrimination on or before October 15, 2026. (ECF 30.)

2. Plaintiff's reply brief in Court of Appeals No. 26-2507 is due October 7, 2026. That date reflects a fourteen-day extension granted by the Clerk of the Court of Appeals on September 18, 2026 under 3d Cir. L.A.R. 31.4. Plaintiff is proceeding pro se in both courts and files in the Court of Appeals on paper, in multiple bound copies, from Los Angeles.

3. The two deadlines fall eight days apart. Plaintiff seeks additional time so that the amended pleading can receive the attention the Court's Order contemplates, rather than being prepared concurrently with an appellate brief.

4. The pseudonymity question now before the Court of Appeals bears on the caption and signature of any amended pleading. Plaintiff therefore requests, as his primary relief, that the October 15, 2026 deadline be held pending that Court's disposition of No. 26-2507.

5. In the alternative, and if the Court prefers a date certain, Plaintiff requests that the deadline be extended to October 29, 2026.

6. This is Plaintiff's first request to extend the October 15, 2026 deadline. No trial date or other scheduling deadline has been set, and no party has an obligation that would be affected by the requested extension.

7. Position of Defendant: Plaintiff contacted counsel for Defendant by electronic mail on October 6, 2026 to request Defendant's position on the relief sought in this Motion. By email dated October 6, 2026, counsel for Defendant responded that "[t]he University takes no position." Defendant accordingly neither consents to nor opposes the relief requested.

WHEREFORE, Plaintiff respectfully requests that the Court hold the October 15, 2026 deadline pending the disposition of Court of Appeals No. 26-2507 or, in the alternative, extend that deadline to October 29, 2026.

Dated: October 7, 2026

Respectfully submitted,

/s/ John Doe
John Doe, Plaintiff pro se
PO Box 151133
Los Angeles, CA 90015
johndoediscriminationsuit@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2026, I caused a true and correct copy of the foregoing Motion and proposed Order to be served upon counsel of record for Defendant by electronic mail, addressed as follows: James A. Keller, Esq. (James.Keller@saul.com) and Jesse L. Krohn, Esq. (Jesse.Krohn@saul.com), Saul Ewing LLP, 1735 Market Street, Suite 3400, Philadelphia, PA 19103.

/s/ John Doe
John Doe, Plaintiff pro se

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

JOHN DOE,
Plaintiff,
v. Case No. 2:26-cv-02472-MAK
THE TRUSTEES OF THE UNIVERSITY
OF PENNSYLVANIA,
Defendant.

**[PROPOSED] ORDER**

AND NOW, this ______ day of ____________________, 2026, upon consideration of Plaintiff's Motion to Extend the Deadline to File a Second Amended Complaint, it is hereby ORDERED that the Motion is GRANTED. Plaintiff shall file any second amended complaint on or before October 29, 2026.

BY THE COURT:

____________________________________
KEARNEY, J.