**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOHN DOE** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 26-2472** |
| | : | |
| **THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA** | : | |
| | : | |

# ORDER

**AND NOW**, this 8th day of October 2026, upon considering Plaintiff's Motion to amend (ECF 31) our September 30, 2026 Order (ECF 30) to allow him more time for leave to file a second amended Complaint (his third attempt) based on his obligations due yesterday in another fora, and finding no good cause, it is **ORDERED** Plaintiff's Motion (ECF 31) is **DENIED.**

**KEARNEY, J.**