**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| John Doe,<br><br>Plaintiff,<br><br>v.<br><br>The Trustees of the University of Pennsylvania,<br><br>Defendant. | Case No. 2:26-cv-02472-MAK<br><br><br><br><br><br>Electronically Filed |

**ORDER**

**AND NOW,** this ________ day of ________________________, 2026, after consideration of Defendant The Trustees of the University of Pennsylvania's Motion to Dismiss Plaintiff John Doe's Second Amended Complaint (the "Motion"), and any response thereto, it is **ORDERED** that the Motion is **GRANTED.**

Plaintiff's Second Amended Complaint is **DISMISSED WITH PREJUDICE** for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6).

**BY THE COURT:**

____________________________________
Hon. Mark A. Kearney